

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Margaret Ann Mahoney
*Assistant U.S. Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct: (973) 645-2761
*Margaret.ann.mahoney@usdoj.gov*       fax:   (973) 297-2010

July 16, 2026

**BY ECF**
Hon. Jamel K. Semper, U.S.D.J.
United States District Court
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 0710

# ORDER

> Re:   ***Frisneda-Quintero v. Soto, et al.***, **Civ. No. 26-3526-JKS**
> **Request for a Brief Extension to Respond to Amended Petition**

Dear Judge Semper:

This Office represents Respondents in the above-referenced amended habeas matter filed by Edgar Frisneda-Quintero (Petitioner), where he once again challenges the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 8 U.S.C. § 1225(b)(1) claiming he was never properly placed in expedited removal proceedings. *See* ECF No. 11 ¶ 4; *but see* ECF No. 7 Ex A, Ex B, Ex C and Ex D. On June 15, 2026, the Court entered an Order denying Petitioner's habeas petition because the Court found that the record reflected the fact that Petitioner was placed in properly placed expedited removal proceeding, received a negative credible fear determination affirmed by an Immigration Judge and was therefore subject to mandatory detention pending removal pursuant to 8 U.S.C. § 1225(b)(1)(B)(iii)(IV). ECF 10; *see also* ECF No. 7 Ex A, Ex B, Ex C and Ex D. On July 9, 2026, the Court reopened this matter "for the limited purposes of adjudicating the Amended Petition." *Id.* This Court further Ordered Respondents to include "supporting documentation concerning Petitioner's immigration proceeding, and current custody status, including, but not limited to, any records reflecting the execution or attempted execution of any removal order, and any other documents relevant to the authority for Petitioner's continued detention and or removal." *Id.*

This Office and ICE have been diligently working to obtain the documentation requested by the Court. To that end, today at approximately 5:25 p.m. ICE provided this Office with documentation responsive to the Court's. This Office respectfully requests a brief extension of time from today, July 16, 2026, to Monday, July 20, 2026, to respond. Good cause exists to grant this request as this Office needs time to review

the material provided, confirm that it is responsive to Your Honor's request, acquire any additional material not provided, and prepare a detailed response.

Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Margaret Ann Mahoney*
MARGARET ANN MAHONEY
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:   Counsel of record (by ECF)

**So Ordered:**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: July 17, 2026**

2