<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

EDGAR FRISNEDA-QUINTERO,

*Petitioner*,

v.

LUIS SOTO, *et al.*,

*Respondents*.

Civil Action No. 26-3526

**ORDER**

August 10, 2026

**THIS MATTER** having come before the Court upon the Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Edgar Frisneda-Quintero (ECF No. 11); and the Court having considered Respondents' Answer (ECF No. 15), Petitioner's Reply (ECF No. 17), and the record in this matter; and for the reasons set forth in the accompanying Opinion;

**IT IS** on this **10th day of August, 2026**,

**ORDERED** that the Amended Petition for a Writ of Habeas Corpus (ECF No. 11) is **GRANTED IN PART**; and it is further

**ORDERED** that, within seven (7) days of the entry of this Order, Respondents shall provide Petitioner with an individualized custody redetermination hearing before an Immigration Judge; and it is further

**ORDERED** that, at that hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner's continued detention is necessary because he poses either a danger to the community or a risk of flight; and it is further

**ORDERED** that, Respondents shall file a letter within three (3) days of the bond hearing to inform the Court of the outcome of said hearing; and it is further

**ORDERED** that, if Respondents fail to provide Petitioner with the custody redetermination hearing required by this Order within seven (7) days, Respondents shall release Petitioner from immigration detention subject to such reasonable conditions of supervision as may be appropriate under the Immigration and Nationality Act; and it is finally

**ORDERED** that Petitioner shall not be transferred from the District of New Jersey during the pendency of these proceedings.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

2